BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
JUL 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-049 AWI |
| Plaintiff, | MOTION TO DISMISS COMPLAINT; ~~PROPOSED~~ ORDER |
| v. | |
| ALFREDO FELIX-SANDOVAL, | |
| Defendant. | |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, Mia. A. Giacomazzi, hereby moves this Court for permission to dismiss without prejudice the indictment against Alfredo Felix-Sandoval ("defendant") in the in Case No. 1:11-CR-049 AWI.

Good cause exists to dismiss without prejudice the indictment against the defendant in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons: The defendant was indicted January 27, 2011. At the time of the indictment, the defendant had a pending murder charge in Riverside County. The defendant's murder charge proceedings recently ended after he was found guilty after a jury trial and sentenced to a life term without the possibility of parole. Since the defendant is expected to spend the rest of his life in prison, and based the government's limited resources, dismissal of this indictment promotes the interest of justice.

For the foregoing reasons, the government moves for dismissal of the indictment against the

1

1 | defendant.
2 |
3 | Dated: July 24, 2013.                    BENJAMIN B. WAGNER
4 |                                          United States Attorney
5 |                                          /s/ Mia A. Giacomazzi
                                             MIA A. GIACOMAZZI
6 |                                          Assistant United States Attorney
7 |
8 | **ORDER**
9 | On the basis of good cause, to serve the interest of justice, pursuant to the government's motion
10 | and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:11-CR-49 AWI shall be DISMISSED
11 | without prejudice. The clerk of court is directed to close this case.
12 |
13 | It is so Ordered. Dated: 7-25-13
14 |
15 | United States District Judge

2